**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00252-CV**
_____

**JAWARSKI KING, Appellant**

**V.**

**COLLECTION ACCT. CO., Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 135,690**

**MEMORANDUM OPINION**

The trial court signed a final judgment on November 5, 2020. Appellant Jawarski King filed a notice of appeal but failed to file a brief. On February 19, 2021, we notified the parties that the reporter's record had not been filed because the reporter's fee had not been paid and that the appeal would be submitted on the clerk's record alone unless payment arrangements were made with the court reporter or a motion explaining the need for additional time to file the record was filed.

1

On April 5, 2021, we informed the parties that the Court had received a notice from the court reporter that, due to Appellant's failure to pay for the record, no reporter's record had been filed, and we informed the parties that the case was submitted on the clerk's record alone and that Appellant's brief was due on May 5, 2021. On May 18, 2021, we notified the parties that Appellant's brief was past due and had not been filed and the appeal would be submitted on the record alone unless we received a brief and motion for extension of time by May 28, 2021, and we warned Appellant that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 28, 2021
Opinion Delivered July 29, 2021

Before Kreger, Horton, and Johnson, JJ.

2